IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 NOV 30 P 1:41

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| SHAILESH DAVE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 320-041 |
| | ) | |
| STACEY STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 30 day of November, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE