AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHAILESH DAVE,

    Petitioner,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 320-041

STACEY STONE,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 30, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Petitioner's petition filed pursuant to 28 U.S.C. § 2241 is DENIED. Judgment is hereby entered in favor of Respondent. This case stands CLOSED.

11/30/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03